Civil Action No.    2:24-cv-02835

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **LA Land Holdings, LLC**
was recieved by me on **3/06/2025:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **bob dean**, who is designated by law to accept service of process on behalf of **LA Land Holdings, LLC** at **5115 Long Island Drive NW, Atlanta, GA 30327** on **03/06/2025 at 8:18 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:   03/09/2025

*Server's signature*

**Gavin Barbagelata**
*Printed name and title*

**5675 Roswell Road
Apt 64G
Atlanta, GA 30342**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS-LA LAND HOLDINGS; SUMMONS-OPELOUSAS LAND HOLDING COMPANY LLC; SUMMONS-COMMERCE HEALTHCARE LLC; COMPLAINT,  to an individual who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.**




Tracking #: **0161003103**

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

Great American Alliance Insurance Company

*Plaintiff(s)*

v.

Maison Orleans Partnership, A Louisiana Partnership in Commendam, et al

*Defendant(s)*

Civil Action No. 2:24-cv-02845

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  LA Land Holdings LLC
Through its Corporate Officer:
Bob G. Dean, Jr.
343 Third Street, Suite 600
Baton Rouge, LA 70801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

George D. Fagan, Esq.
Leake & Andersson LLP
1100 Poydras Street, Suite 1700
New Orleans, LA 70163
gfagan@leakeandersson.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*