AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **2:24-cv-02835-BWA-JVM**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **ST. EC, LLC**
was recieved by me on **3/05/2025:**

☐  I personally served the summons on the individual at *(place)* on *(date)* ; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒  I served the summons on **bob dean**, who is designated by law to accept service of process on behalf of **ST. EC, LLC** at **5115 Long Island Drive NW, Atlanta, GA 30327** on **03/06/2025 at 8:15 PM**; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:  03/09/2025

*Server's signature*

**Gavin Barbagelata**
*Printed name and title*

**5675 Roswell Road
Apt 64G
Atlanta, GA 30342**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons,  to an individual who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.**



Tracking #: **0161003161**



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
  on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____,
  a person of suitable age and discretion who resides there,
  on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
  designated by law to accept service of process on behalf of *(name of organization)* _____
  on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:
  _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: _____
                                            _____
                                                    *Server's signature*

                                            _____
                                                *Printed name and title*

                                            _____
                                                    *Server's address*

Additional information regarding attempted service, etc: