UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GREAT AMERICAN ALLIANCE INSURANCE COMPANY | CIVIL ACTION |
| VERSUS | NO. 24-2835 |
| MAISON ORLEANS PARTNERSHIP, A LOUISIANAN PARTNERSHIP IN COMMENDAM, *et al.* | SECTION M (1) |

**ORDER**

Considering the foregoing Motions for Entry of Default (R. Docs. 40, 41),

IT IS ORDERED that the entry of default of defendants Maison DeVille Nursing Home of Harvey, LLC, Raceland Manor Nursing Home, Inc., Louisiana Health Care Consultants, LLC, Park Place Healthcare, LLC, St. Elizabeths Caring, LLC, Maison DeVille Nursing Home, Inc., Uptown Healthcare Center, LLC, BR Florida Street Property, LLC, River Palms Nursing & Rehab, LLC, and Bob Dean Jr. is hereby granted pursuant to Federal Rules of Civil Procedure 55(a).

NEW ORLEANS, LOUISIANA, this 8th day of April, 2025.

Carol Michel, Clerk of Court

By: _____
Deputy Clerk